**Daniel A. IVEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78568**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 16, 2016

Margaret Johnston, Columbia, MO, Counsel for Appellant

Daniel McPherson, Jefferson City, MO, Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Mr. Daniel A. Ivey appeals from the judgment denying his Rule 29.15 motion which sought to vacate his conviction and sentence for two counts of statutory sodomy in the first degree, section 566.062.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).